IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                            PLAINTIFF

v.                    No. 3:15-cv-327-DPM

JOE HUGHES, Public Defender;
JIMMY GALOWAY, Prosecuting
Attorney, Poinsett County;
BEN BRISTOW, Public Defender,
Poinsett County; CLAUDIA MATTEWS,
Circuit Clerk Recorder, Poinsett County;
MISTY RICHARDSON, Circuit Clerk
Recorder, Poinsett County; LIZ WAGARS,
Circuit Clerk, Poinsett County                              DEFENDANTS

JUDGMENT

Addison's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 October 2015