IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


NICHOLAS ADDISON                                                        PLAINTIFF


v.                                     No. 3:15-cv-327-DPM


JOE HUGHES, Public Defender;
JIMMY GALOWAY, Prosecuting
Attorney, Poinsett County;
BEN BRISTOW, Public Defender,
Poinsett County; CLAUDIA MATTEWS,
Circuit Clerk Recorder, Poinsett County;
MISTY RICHARDSON, Circuit Clerk
Recorder, Poinsett County; LIZ WAGARS,
Circuit Clerk, Poinsett County                                         DEFENDANTS


ORDER


1. Motion to reconsider, № 6, denied. Nothing in Addison's additional

facts suggests he's in imminent danger of serious physical injury.  28 U.S.C.

§ 1915(g).

2. Addison's address has changed. *Addison v. Herrin, et al.*, No. 3:15-cv-

380-DPM-JTR, № 5.  The Court directs the Clerk to update the docket and

send a copy of this Order to Nicholas Addison, ADC #162451, Ouachita River

Correctional Unit, P.O. Box 1630, Malvern, Arkansas 72104.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

17 December 2015